**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AUTUMN COVE APARTMENTS, LLC, | ) | Case No. 16-71783-pwb |
| OAKLEY WOODS APARTMENTS, LLC, | ) | Case No. 16-71787-pwb |
| PINE KNOLL APARTMENTS, LLC, | ) | Case No. 16-71788-pwb |
| SHANNON WOODS APARTMENTS, LLC, and | ) | Case No. 16-71790-pwb |
| GARDEN GATE APARTMENTS, LLC, | ) | Case No. 16-72175-pwb |
| | ) | |
| DEBTORS. | ) | Jointly Administered Under |
| | ) | Case No. 16-71783-pwb |
| | ) | |

**UNITED STATES TRUSTEE'S RESPONSE TO**
**DEBTOR'S APPLICATION FOR FINAL DECREE**

Nancy J. Gargula, United States Trustee for Region 21, responds to the application for final decree filed by Autumn Cove Apartments, LLC ("Autumn Cove"), Oakley Woods Apartments, LLC ("Oakley Woods"), Pine Knoll Apartments, LLC ("Pine Knoll"), Shannon Woods Apartments, LLC ("Shannon Woods"), and Garden Gate Apartments, LLC ("Garden Gate") (Dkt. No. 263)

1.

Section 589a of title 28 of the United States Code establishes the United States Trustee System Fund (the "Fund"), which allows for self-funding of the United States Trustee Program. The Fund receives deposits from several sources, including chapter 11 quarterly fees that are to be paid by chapter 11 debtors to the United States Trustee Program. Quarterly fees accrue throughout the pendency of a chapter 11 case, until the case is closed, and are payable on a quarterly basis. The amount of the quarterly fee is calculated according to a graduated scale based on the total sum of disbursements as specified in § 1930(a)(6).

2.

Pursuant to 28 U.S.C. § 1930(a)(6), Autumn Cove, Oakley Woods, Pine Knoll, Shannon Woods, and Garden Gate are required to pay a quarterly fee to the United States Trustee System Fund at Treasury for each calendar quarter, or portion thereof, between the date the companies filed their bankruptcy petitions and the date the court closes the cases.[1]

3.

The quarterly fee is calculated by totaling reported disbursements for the three-month calendar quarter, or portion thereof, in accordance with a published fee schedule. A minimum fee of $325.00 is due even if there are no disbursements during a calendar quarter. When debtors do not report their quarterly disbursements, the fee is estimated based on the debtor's reported disbursement history; initial financial data submitted when the case was filed; or the United States Trustee's estimate.

4.

Bankruptcy Code section 704(a)(8) requires the debtor file with the Court and the United States Trustee periodic reports and summaries of the operation of its business, including a statement of receipts and disbursements, and such other information as the United States Trustee or the Court requires. Federal Rule of Bankruptcy Procedure 2015(a) directs chapter 11 debtors-in-possession to file the reports and summaries required by section 704(a)(8). After confirmation of the plan, the reorganized debtor is required to "file such reports as are necessary or as the court orders." 11 U.S.C. § 1106(a)(7).

---

[1] The commencement and termination of a chapter 11 case occur at varying points within a quarter. The fee for partial quarters is calculated on disbursements that are made during the period of time the case was pending under chapter 11. The fee is not prorated.

5.

Autumn Cove, Oakley Woods, Pine Knoll, and Garden Gate filed their chapter 11 cases on December 5, 2016, and are therefore responsible for paying quarterly fees from the fourth quarter of 2016 until the case is closed.

6.

Shannon Woods filed its chapter 11 case on December 6, 2016, and is therefore responsible for paying quarterly fees from the fourth quarter of 2016 until the case is closed.

7.

On December 12, 2016 Autumn Cove filed a Motion for Order Authorizing Joint Procedural Administration of related cases of Oakley Woods, Pine Knoll, Shannon Woods, and Garden Gate (the "Motion") (Dkt. No. 9).  On December 16, 2016 the Court entered an order granting the Motion (Dkt. No.17).

8.

On April 4, 2018, the Court confirmed the Debtors' plan of reorganization (Dkt. No. 173) (the "Plan"). The Plan provides for continuing payment of quarterly fees until the case is closed.

9.

It appears the debtor has filed all required reports and paid quarterly fees though the fourth quarter of 2020.

10.

Quarterly fees will continue to accrue until the case is closed.  The United States Trustee requests the Court direct the debtor report quarterly disbursements and pay quarterly fees in compliance with 11 U.S.C. § 1106(a)(7), 28 U.S.C. § 1930(a)(6) and the Plan.

    NANCY J. GARGULA
    United States Trustee,
    Region 21

    */s/ Vanessa A. Leo*
    VANESSA A. LEO
    Georgia Bar No. 410598
    Trial Attorney
    United States Department of Justice
    *Office of the United States Trustee*
    Suite 362, Richard B. Russell Building
    75 Ted Turner Drive, S.W.
    Atlanta, Georgia  30303
    404.331.4437
    Vanessa.A.Leo@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Response to Debtor's Application for Final Decree* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

    Thomas M. Byrne    tombyrne@eversheds-sutherland.com, maryannelamb@eversheds-sutherland.com
    Lindsay P. S. Kolba    lindsay.p.kolba@usdoj.gov
    Vanessa A. Leo    ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
    Stacey McGavin Mohr    staceymohr@eversheds-sutherland.com
    James Conway Morton    jcm-law@comcast.net
    G. Frank Nason    fnason@lcenlaw.com, emiller@lcenlaw.com;emiller@ecf.courtdrive.com;NasonFR86494@notify.bestcase.com
    Martin P. Ochs    martin.p.ochs@usdoj.gov
    Office of the United States Trustee    Vanessa.A.Leo@usdoj.gov
    John K. Rezac    jrezac@taylorenglish.com, twesley@taylorenglish.com
    Gregory O. Shenton    greg@shentonlawfirm.com, gregshenton@gmail.com
    R. Jeneane Treace    jeneane.treace@usdoj.gov
    Eric N. Van De Water    eric@isenberg-hewitt.com, evandewater@isenberg-hewitt.com
    David S. Weidenbaum    david.s.weidenbaum@usdoj.gov

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Garden Gate Apartments, LLC
1608 Rhodes Lane
Griffin, GA 30224

Oakley Woods Apartments, LLC
6295 Oakley Road
Union City, GA 30291

Pine Knoll Apartments, LLC
7393 Tara Road
Jonesboro, GA 30236

Shannon Woods Apartments, LLC
6370 Shannon Pkwy
Suite 306
Union City, GA 30291

Dated: March 19, 2021

                                        */s/ Vanessa A. Leo*
                                        VANESSA A. LEO
                                        Georgia Bar No. 410598
                                        Trial Attorney
                                        United States Department of Justice
                                        *Office of the United States Trustee*
                                        Suite 362, Richard B. Russell Building
                                        75 Ted Turner Drive, S.W.
                                        Atlanta, Georgia  30303
                                        404.331.4437
                                        Vanessa.A.Leo@usdoj.gov